IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00317-EWN-MEH

ROARING FORK TRANSPORTATION AUTHORITY,

      Plaintiff,

v.

HAYDEN RADER,

      Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE

_____

      THIS MATTER coming on for dismissal on Plaintiff's Notice of Dismissal, it is

ORDERED that the above-entitled action and complaint be dismissed with prejudice.

DATED this 17th day of November, 2006.

                    BY THE COURT:


                    s/ Edward W. Nottingham
                    U.S. District Judge